UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ZANE D. CROWDER,
    Petitioner,

vs.                              Case No.:  3:20cv5934/LAC/EMT

SEC'Y DEP'T OF CORR.,
    Respondent.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on July 15, 2021 (ECF No. 21).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 21) is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (ECF No. 8) is **GRANTED**.

3.	The amended petition for writ of habeas corpus (ECF No. 4) is **DISMISSED with prejudice** as untimely.

4.	A certificate of appealability is **DENIED**.

5.	The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 31st day of August, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**